UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAREN S. WHITE, INDIVIDUALLY AND AS EXECUTOR/PERSONAL REPRESENTATIVE FOR THE ESTATE OF SCOTT E. NEWBERRY; JOHN C. WHITE and MARY JANE ILTZ,<br><br>Defendants. | Civil Action No. 1:10-cv-01476-CMA -MJW |

**ORDER VACATING AUGUST 18, 2010 ORDER TO SHOW CAUSE AND EXCUSING COUNSEL FOR PLAINTIFF, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, FROM APPEARING AT THE SCHEDULING CONFERENCE ON SEPTEMBER 14, 2010** ( Docket No. 17 )

This matter having been opened by way of an Unopposed Motion for an Order vacating the August 18, 2010 Order to Show Cause and excusing counsel for Plaintiff, The Prudential Insurance Company of America, from appearing at the Scheduling Conference on September 14, 2010, and for good cause having been shown;

IT IS on this 7th day of September, 2010,

**ORDERED** that the Order to Show Cause dated August 18, 2010 is hereby vacated; and

**IT IS FURTHER ORDERED** that Prudential is hereby excused from participation in the Scheduling Conference set for September 14, 2010; and

**IT IS FURTHER ORDERED** that counsel for Prudential shall serve a copy of the within Order upon all parties within 5 days of its receipt.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO