IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-01476-CMA-MJW

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Plaintiff,

v.

KAREN S. WHITE, Individually and as Executor/Personal Representative
for the Estate of Scott E. Newberry,
JOHN C. WHITE, and
MARY JANE ILTZ,

    Defendants.
_____

**ORDER FOR DEPOSIT AND DISMISSAL WITH PREJUDICE OF**
**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**
_____

    This matter is before the Court on Defendant and Counterclaim Cross-Claimant The Prudential Insurance company of America's Unopposed Motion to Grant Interpleader and Leave of Court to Deposit Funds With Clerk (Doc. # 16). The Court has considered the application of counsel, and for good cause having been shown, it is therefore

    ORDERED that Prudential shall deposit with the Clerk of this Court, the amount of money due under the Group Policy, to wit: $400,000.00, together with interest payable. It is

FURTHER ORDERED that upon depositing with the Clerk of this Court the proceeds of the Group Policy as herein set forth, Prudential shall be, and hereby is, discharged from any and all liability to Karen S. White, the Estate of Scott E. Newberry, John C. White and Mary Jane Iltz relating to the Group Policy, and that Karen S. White, the Estate of Scott E. Newberry, John C. White and Mary Jane Iltz be, and they hereby are, permanently enjoined from making any further claims against Prudential relating to the Group Policy and/or the proceeds due thereunder.  It is

FURTHER ORDERED that any and all claims against Prudential relative to the Group Policy be, and the same hereby are, DISMISSED WITH PREJUDICE, without costs to any party.  It is

FURTHER ORDERED that this Court retains jurisdiction in this action for purposes of determining the rights to the money to be paid into Court by Prudential in accordance herewith.  It is

FURTHER ORDERED that Karen S. White, the Estate of Scott E. Newberry, John C. White and Mary Jane Iltz interplead their claims to the proceeds of the Group Policy on deposit with the Court.  It is

FURTHER ORDERED that all future pleadings shall be captioned as follows:

MARY JANE ILTZ,

Plaintiff,

v.

KAREN S. WHITE, Individually and as Executor/Personal Representative for the Estate of Scott E. Newberry, and
JOHN C. WHITE,

Defendants.

DATED: September __7__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge