## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 10-cv-01476-CMA-MJW

MARY JANE ILTZ,

      Plaintiff,

v.

KAREN S. WHITE, Individually and as Executor/Personal Representative
for the Estate of Scott E. Newberry, and
JOHN C. WHITE,

      Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

      Pursuant to and in accordance with the Stipulated Motion to Dismiss All Claims With Prejudice (Doc. # 29) signed by the attorneys for the parties hereto it is

      ORDERED that the Complaint and cause of action are dismissed with prejudice, each party to pay its own costs.

      DATED at Denver, Colorado, this 21st day of December, 2010.

                                                BY THE COURT:

                                               _____
                                               CHRISTINE M. ARGUELLO
                                               United States District Court Judge